AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**FILED**
MAR 07 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

_____ WESTERN _____ DISTRICT OF _____ TEXAS _____

UNITED STATES OF AMERICA
V.
PRADO, Gustavo
Uvalde, TX

## CRIMINAL COMPLAINT

CASE NUMBER: DR08-03030M-01

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or 03-06-2008 in Uvalde County, in the WESTERN District of TEXAS defendant(s) did, (Track Statutory Language of Offense)

Unlawfully, knowingly and willfully, combine, conspire, confederated and agreed to possess with intent to distribute approximately 311.5 gross grams of cocaine, a Schedule II Controlled Substance,

in violation of Title __21__ United States Code, __841 (a)(1)__

I further state that I am a(n) __DEA Special Agent__ and that this complaint is based on the following
Official Title

facts:
On 3/6/08, Agents/Officers with the Uvalde County Sheriff's Office, United States Border Patrol and the Drug Enforcement Agency conducted a search of 125 W. Cargile, Uvalde, TX pursuant to a State of Texas search warrant signed by District Judge M. Pennington. During the search Officers discovered a gray duct taped package containing what field tested to be cocaine. The approximate gross weight of the package and contents is 311.5 grams. Gustavo PRADO uses this address as noted on his drivers license. A source of information advised deputies that the noted cocaine could be found at this residence in the room suspected and packaged in the manner found. The source of information indicated that he/she had seen PRADO take the noted cocaine into the residence. Prado was found in possession of approximately 13 grams of cocaine packaged (14 packages) for distribution on 3/5/2008 by Uvalde PD Officers and admitted to distributing cocaine while in-between jobs.

Continued on the attached sheet and made a part  ☐ Yes  ☒ No

SA John Beasley
Signature of Complainant

Sworn to before me, and subscribed in my presence,

03-07-2008
Date

at Del Rio, Texas
City and State

UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial